| | | | |
|---|---|---|---|
| Krishnan v. Deutsche Bank [19] | 3713 EDA 2015<br>Affirmed | 10/18/2016 | 2013–07246–RC<br>(Chester) |
| Com. v. Coleman | 8 EDA 2015<br>Affirmed | 10/18/2016 | CP–46–CR–0005773–2014<br>CP–46–CR–0007537–2014<br>(Montgomery) |
| Com. v. Steinman | 150 EDA 2016<br>Affirmed | 10/18/2016 | CP–51–CR–1006661–2000<br>(Philadelphia) |
| Com. v. Ishmail | 339 EDA 2016<br>Affirmed | 10/18/2016 | CP–23–CR–0004415–2007<br>(Delaware) |
| J.L.R. v. R.T. | 560 EDA 2016<br>Affirmed | 10/18/2016 | 168–2016<br>(Pike) |
| S.B. v. K.C. | 688 EDA 2016<br>Affirmed | 10/18/2016 | 0C0416538<br>(Philadelphia) |
| Com. v. Weaver | 1263 EDA 2016<br>Affirmed | 10/18/2016 | CP–23–CR–0000095–2014<br>(Delaware) |
| Com. v. Ford | 1337 EDA 2016<br>Affirmed | 10/18/2016 | CP–15–CR–0003457–2002<br>(Chester) |
| Com. v. Perkins | 1038 MDA 2015<br>Vacated and<br>Remanded | 10/18/2016 | CP–22–CR–0001266–2008<br>CP–22–CR–0001394–2008<br>(Dauphin) |
| Dutchess Quarry & Supply v. Longview Const. [20] | 1761 MDA 2015<br>Vacated and<br>Remanded | 10/18/2016 | 15–15040<br>(Berks) |
| Com. v. Elansari [21] | 2235 MDA 2015<br>Affirmed | 10/18/2016 | CP–14–CR–0000408–2015<br>(Centre) |
| Com. v. Benussi | 43 MDA 2016<br>Affirmed | 10/18/2016 | CP–40–CR–0004436–2014<br>(Luzerne) |
| Com. v. Ascenzi | 257 MDA 2016<br>Affirmed | 10/18/2016 | CP–40–SA–0000265–2015<br>(Luzerne) |
| George v. George | 816 WDA 2015<br>Affirmed | 10/18/2016 | 2013–3857<br>(Washington) |
| Kimmel v. III Tomato, Inc. | 1016 WDA 2015<br>Affirmed | 10/18/2016 | 10878 of 2014<br>(Lawrence) |
| Barnes v. Morris [22] | 1865 WDA 2015<br>Affirmed | 10/18/2016 | GD –11–026803<br>(Allegheny) |

19. Petition for reargument denied December 13, 2016.
20. Petition for reargument denied December 28, 2016.
21. Petition for reargument denied December 14, 2016.
22. Petition for reargument denied December 05, 2016.